

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALICIA GONZALEZ AND ERNESTO GONZALEZ, and ALL OTHER OCCUPANTS OF 641 Milton Henry Avenue, El Paso, Texas, | § § § | No. 08-12-00310-CV Appeal from the |
| Appellants, | § § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| WELLS FARGO BANK, N.A., Appellee. | § § | (TC# 2011-CCV03312) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF JULY, 2014.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.